UNITED STATES of America ex rel. Johanna Katherine ALTIERI, Relator-Appellant, v. Captain Raymond W. FLINT, Commanding Officer at the Induction Center for the United States Army at the Orange Street Armory, New Haven, Connecticut, Respondent-Appellee.

No. 249.

Circuit Court of Appeals, Second Circuit.

March 29, 1944.

Trotta, Fasano & Trotta, of New Haven, Conn., for appellant.

Robert P. Butler, U. S. Atty., of Hartford, Conn. (Thomas J. Dodd, Jr., and Nathan T. Elliff, Sp. Assts. to Atty. Gen., of counsel), for appellee.

Before CHASE, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below, 54 F. Supp. 889.